UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

WISCONSIN ENERGY CORP.,
WICOR, INC., WICOR
INDUSTRIES, INC., STA-RITE
INDUSTRIES, INC.,
WICOR INDUSTRIES AUSTRALIA,
Pty. Ltd., and OGNA Pty. Ltd.,

        Plaintiffs,

        v.                                 Case No. 03-C-333

AFFILIATED FM INSURANCE CO.,
AETNA CASUALTY & SURETY CO.,
QBE INSURANCE Ltd., and
CGU INSURANCE Ltd.,

        Defendants.

_____

O R D E R

On May 11, 2005, the court denied the plaintiffs' motion for partial summary judgment on ground that triable issues exist in this case. Before the court is the plaintiffs' motion for reconsideration. The court has reviewed the plaintiffs' motion as well as defendant Affiliated FM Insurance Company's response, and the court is unable to conclude its denial of partial summary judgment was based on an error of fact or law. As such, the plaintiffs' motion for reconsideration must be denied.

Accordingly,

IT IS ORDERED that the plaintiffs' motion for reconsideration (Docket #56) be and the same is hereby DENIED.

Dated at Milwaukee, Wisconsin, this 5th day of August, 2005.

BY THE COURT:


s/J. P. Stadtmueller
J. P. Stadtmueller
U.S. District Judge
