# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ENERGY CORPORATION, | ) |
| Plaintiff(s), | ) |
| vs. | ) No. 03-C-333 |
| AFFILIATED FM INSURANCE, | ) |
| Defendant(s). | ) |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed with prejudice and with the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This __17th__ day of __November__, 2005.

/s/ David R Herndon
**UNITED STATES DISTRICT JUDGE**